M.D. Appeal Dkt.
52   2017

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CRAIG M. WHITMOYER,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (MOUNTAIN COUNTRY
MEATS),

        Respondents

: No. 924 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**.  The issues, rephrased for clarity, are as follows:

> Did the Commonwealth Court err in concluding that the term "instalments of compensation" in Section 319 of the Workers' Compensation Act, 77 P.S. § 671, encompasses both medical and disability compensation?

> Did the Commonwealth Court err in finding that the defendant-employer did not waive its rights under Section 319 of the Workers' Compensation Act, 77 P.S. § 671?